# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

October 26, 2009

MEMO TO COUNSEL Re:   United States v. Eric Bailey, Criminal No. CCB-09-0017

Dear Counsel:

Enclosed for your information is a copy of a letter received in chambers from the defendant.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge

cc:    USPO Eileen Hall